# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Todd F. Harris | ) | Chapter 13 |
| | ) | Case No. 18 B 24358 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Todd F. Harris
10620 Brooks Lane,
Apt. B2
Chicago Ridge, IL  60415

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On December 10, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, November 27, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On August 29, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on January 08, 2019, for a term of 36 months with payments of $850.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 15 | $8,751.67 | $5,823.81 | $2,927.86 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/26/2019
Due Each Month: $850.00
Next Pymt Due: 11/28/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 03/15/2019 | BRIGHTSTAR US | $252.77 | 03/29/2019 | BRIGHTSTAR US | $246.43 |
| 04/12/2019 | BRIGHTSTAR US | $235.04 | 04/26/2019 | BRIGHTSTAR US | $265.59 |
| 05/10/2019 | BRIGHTSTAR US | $245.23 | 05/24/2019 | BRIGHTSTAR US | $234.79 |
| 06/07/2019 | BRIGHTSTAR US | $260.13 | 06/21/2019 | BRIGHTSTAR US | $238.02 |
| 07/08/2019 | BRIGHTSTAR US | $243.11 | 07/19/2019 | BRIGHTSTAR US | $241.47 |
| 08/02/2019 | BRIGHTSTAR US | $238.31 | 08/16/2019 | BRIGHTSTAR US | $233.83 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE